1 | NICOLAS DALUISO, #163553
2 | JOE SOLSENG, #262127
   | Robinson Tait, P.S.
3 | 710 Second Ave, Suite 710
   | Seattle, WA 98104
4 | Phone: (206) 876-3268
5 | Facsimile: (206) 676-9659

6 | Attorneys for Secured Creditor
   | DEUTSCHE BANK NATIONAL TRUST
7 | COMPANY, AS TRUSTEE OF THE
   | INDYMAC INDX MORTGAGE LOAN
8 | TRUST 2006-AR11, MORTGAGE PASS-
   | THROUGH CERTIFICATES, SERIES
9 | 2006-AR11 UNDER THE POOLING AND
   | SERVICING AGREEMENT DATED
10 | APRIL 1, 2006,

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
AT SANTA ANA DIVISION

In Re:

ANDREW JOSEPH LOMBARDO AND
MARTHA EVELYN CHAMBERLIN-
LOMBARDO,

Debtors.

BANKRUPTCY NO. 8:09-bk-23461-RK

CHAPTER NO. 13

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR11 UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2006'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

<u>341(a) HEARING:</u>
DATE: January 19, 2010
TIME: 10:00 a.m.
LOCATION: 411 W. Fourth St.
               Room 1-154
               Santa Ana, CA 92701

OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN - 1
60324-1737-BK-6\Objection to Confirmation of Chapter 13 Plan California.doc

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA, 98104
(206) 676-9640

**CONFIRMATION HEARING:**
**DATE:** February 10, 2010
**TIME:** 1:30 p.m.
**LOCATION:** 411 W. Fourth St.
Courtroom 5D
Santa Ana, CA 92701

TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY COURT JUDGE, TO THE CHAPTER 13 TRUSTEE, THE UNITED STATES TRUSTEE, THE DEBTORS, AND THE DEBTORS' ATTORNEY:

Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006-AR11, Mortgage Pass-Through Certificates, Series 2006-AR11 under the Pooling and Servicing Agreement dated April 1, 2006 (hereinafter "DEUTSCHE") is the holder of the secured claim for Debtors' principal residence located at 2541 Stanton Avenue, La Habra, CA 90631. DEUTSCHE is, therefore, a party in interest and has standing to object to the Debtors' Chapter 13 Plan. OneWest Bank, FSB is the current servicer of Debtors' loan for DEUTSCHE.

DEUTSCHE is the holder of a "claim secured by a security interest in real property that is the above-named Debtors' principal residence". [Bankruptcy Code § 1322 (b)(2)] The total amount owing on DEUTSCHE's first lien was $406,800.46 as of December 18, 2009. Ongoing regular post-petition monthly payments are adjustable but are currently $2,233.69. The pre-petition amount that is due and owing under the Note is approximately $23,674.12. DEUTSCHE objects to the Plan on the following grounds:

1. DEUTSCHE anticipates filing a Proof of Claim shortly.

2. The Debtors' Plan understates the amount of arrearages owed to creditor. The correct amount is approximately $23,674.12.

OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN - 2
60324-1737-BK-6\Objection to Confirmation of Chapter 13 Plan California.doc

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA, 98104
(206) 676-9640

3. DEUTSCHE requests the Debtors' Plan be amended to provide for the correct amount of arrearages owed to DEUTSCHE.

DATED this 5th day of January, 2010.

/s/Nicolas Daluiso
NICOLAS DALUISO, #163553
Robinson Tait, P.S.
Attorneys for Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006-AR11, Mortgage Pass-Through Certificates, Series 2006-AR11 under the Pooling and Servicing Agreement dated April 1, 2006

OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN - 3
60324-1737-BK-6\Objection to Confirmation of Chapter 13 Plan California.doc

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA, 98104
(206) 676-9640

| | |
|---|---|
| In Re    (SHORT TITLE)<br>ANDREW JOSEPH LOMBARDO<br>MARTHA EVELYN CHAMBERLIN- Debtor(s)<br>LOMBARDO | CHAPTER: 13<br>CASE NO: 8:09-bk-23461-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Robinson Tait, PS
710 Second Avenue, Suite 710
Seattle, WA 98104

The foregoing document described **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 5, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**DEBTORS' ATTORNEY:**
Rabin J. Pournazarian
rabin@pricelawgroup.com

**CHAPTER 13 TRUSTEE:**
Amrane Cohen
efile@ch13ac.com

**U.S. TRUSTEE:**
U.S. Trustee
United States Trustee (SA)
Ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **January 5, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**DEBTORS:**
Andrew Joseph Lombardo
Martha Evelyn Chamberlin-Lombardo
2541 Stanton Avenue
La Habra, CA 90631

**JUDGE'S CHAMBERS:**
United States Bankruptcy Court - Central District of California
Attn: Honorable Robert Kwan
411 West Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised January 2009

**F 4001-1O.RP**

| In Re (SHORT TITLE) | CHAPTER: 13 |
|---|---|
| ANDREW JOSEPH LOMBARDO<br>MARTHA EVELYN CHAMBERLIN- Debtor(s)<br>LOMBARDO | CASE NO: 8:09-bk-23461-RK |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/5/2010 | Angella Murray | */s/Angella Murray* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised January 2009

F 4001-1O.RP